[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-10077
Non-Argument Calendar

_____

D.C. Docket No. 3:07-cr-00142-TJC-MCR-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MILTON ALPHONSO SPENCER,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 16, 2013)

Before CARNES, HULL and JORDAN, Circuit Judges.

PER CURIAM:

Susan Good Yagzi, appointed counsel for Milton Alphonso Spencer in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Spencer's supervised release and his sentence are **AFFIRMED**.